*Edmond B. Wynn,* for appellant. *L. E. Filkins,* for respondents.

Judgment and order affirmed.

---

ROCKWELL *v.* PETRIE.

*(Supreme Court, General Term, Fifth Department.* June 23, 1888.)

*Moses Shire,* for appellant. *Mills, Palmer & Morgan,* for respondent.

Order affirmed, with $10 costs and disbursements.

---

PALMER *v.* CITY OF ROCHESTER.

*(Supreme Court, General Term, Fifth Department.* June 23, 1888.)

*Walter S. Hubbell,* for appellant. *Ivan Powers,* for respondent.

Order reversed, and motion denied, without costs.